THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES BATES, Appellant.— Judgment of a city magistrate, holding a Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting defendant of the crime of violating section 974 of the Penal Law (possession of policy slip), unanimously affirmed. No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ETHEL K. CRAIG, Appellant, v. BERT TRUESDELL, as Sheriff of the County of Orange, Respondent.— Order dismissing writ of habeas corpus and remanding the appellant to the custody of respondent, as Sheriff, etc., affirmed, without costs. No opinion. Close, P. J., Carswell, Johnston, Lewis and Aldrich, JJ., concur. [See *post*, p. 908.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JULIA CRONIN, Relator, v. CHARLES H. WARNER, as Superintendent of Brooklyn Society for the Prevention of Cruelty to Children, Respondent. In the Matter of MARY KEHOE, Respondent, against CHARLES H. WARNER, as Superintendent of Brooklyn Society for the Prevention of Cruelty to Children, et al., Appellants.— Order sustaining writ of habeas corpus and awarding custody of a child to her aunt, subject to periodic investigation by the Brooklyn Society for the Prevention of Cruelty to Children, affirmed, without costs. The questions argued on this appeal may not be considered on this record. The custody of the " Society " ensued from a disposition made following a prior habeas corpus proceeding in the Supreme Court. No appeal was taken from that order and disposition, and the questions pressed upon us in relation to the Children's Court could only be considered on an appeal from such an order. There is ample basis in the record, so far as it relates to the order under review, to sustain the exercise of discretion by the Special Term in awarding the custody of the child to her aunt. Moreover that disposition furthers the best interests of the child. The Children's Court Justice had no custody of the child, is not a proper party to this proceeding, and is not an aggrieved party on this appeal. His appeal is, therefore, dismissed, without costs. Close, P. J., Carswell, Johnston, Lewis and Aldrich, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. IRVING SAVINGS BANK, Respondent, v. CLYDE HOWES, as Assessor of the Village of Pelham Manor, et al., Appellants.— Final order confirming report of referee and reducing the assessment for the 1941 village tax on certain real property of respondent in the Village of Pelham Manor, unanimously affirmed, with fifty dollars costs and disbursements. No opinion. Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.